ACCEPTED
01-14-00848-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 3:22:32 PM
CHRISTOPHER PRINE
CLERK

# IN THE
# FIRST COURT OF APPEALS
# OF TEXAS

**NOMATHEMBA SITAWISHA**    §    **CASE NO. 01-14-00848-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 3:22:32 PM
CHRISTOPHER A. PRINE
Clerk

§

§

**VS.**    §    On Appeal From Harris County

§    Cause No. 1870305

§    County Court at Law #4

§

**THE STATE OF TEXAS**    §

## APPELLANT'S MOTION
## TO EXTEND TIME TO FILE APPELLATE BRIEF

Appellant, Nomathemba Sitawisha, moves for an extension of time to file her appellate brief, under TEX. R. APP. P. 10.5(b).

### I.  TRIAL COURT PROCEEDINGS

On October 1, 2014, a judge sentenced Ms. Sitawisha to 105 days county jail after a jury found her guilty of driving while intoxicated.  Defendant filed notice of appeal on October 1, 2014.

### II.  PROCEEDINGS IN THIS COURT

The Appellant's brief was due yesterday, February 4, 2015. Counsel was sick and unable to work yesterday, so is filing this motion on February 5, 2015. No previous extensions have been requested.

### III.

Since the record was completed, counsel has missed several days of work due to recurrent episodes of the flu. Counsel also has been working to complete briefs in

*Reginald Hill v. State*, Cause No. 14-14-00376-CR, which is subject to abatement if not filed on February 20, 2015; in *In re: M.I.S.*, Cause No. 01-14-00684-CV, which has been pending longer than Ms. Sitawisha's case; and to complete petitions for discretionary review in *Charles Henry Jones v. State*, Cause No. 01-13-00984-CR, a murder case; and *Michael Jermaine Williams v. State*, Cause No. PD-0096-15, a complex Fourth Amendment case.

### IV.

In the exercise of due diligence, counsel was unable to complete Ms. Sitawisha's brief by the deadline, and needs an additional 30 days to file it, due to the number of upcoming deadlines in older cases. This motion is not filed for purposes of delay, but so that justice may be done.

### PRAYER

Appellant respectfully requests that this motion be granted and that the Court permit an extension of time until March 7, 2015 to file Appellant's brief.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**
Assistant Public Defender

Harris County Texas
SBN 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Appellant,
**NOMATHEMBA SITAWISHA**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Appellate Brief was served electronically on the Appellate Division of the Harris County District Attorney's Office, 1201 Franklin St, 6th Floor, Houston, TX on February 5, 2015.

*/s/ Cheri Duncan*

**CHERI DUNCAN**